JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEIBO HU, *et al.*,<br><br>        Plaintiffs,<br><br>   v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>        Defendants. | Case No. LACV 15-8390-AB (FFMx)<br><br>ORDER |

The Court APPROVES the parties' stipulation and DISMISSES this civil action in its entirety with prejudice, with each party bearing its own costs, including attorneys' fees.

IT IS SO ORDERED.

DATED:   December 23, 2015

_____
Hon. André Birotte Jr.
United States District Judge